# Supplemental Civil Cover Sheet for Cases Removed From State Court

1.      **State Court Information:**

Please identify the court from which the case is being removed and specify the number assigned to the case in that court.

| Court | Case Number |
|---|---|
| 355th Judicial District, Hood County, Texas | C2024120 |

2.      **Style of the Case:**

Please include all Plaintiff(s), Defendant(s), Intervenor(s), Counterclaimant(s), Crossclaimant(s) and Third Party Claimant(s) still remaining in the case and indicate their party type. Also, please list the attorney(s) of record for each party named and include their bar number, firm name, correct mailing address, and phone number (including area code).

| Party and Party Type | Attorney(s) |
|---|---|
| Doris Buford<br>Plaintiff | Rolando De La Garza<br>E-mail:  rolando@cainfirm.com<br>R. Steven Chandler<br>E-Mail: steve@cainfirm.com<br>E-Service: Eservice@cainfirm.com<br>**THE CAIN LAW FIRM, P.C.**<br>7929 Brookriver Dr., Suite 770<br>Dallas, Texas 75247<br>Telephone: (817) 573-4300<br>Facsimile:  (817) 573-4848 |
| Wal-Mart Stores Texas, LLC<br>*Improperly named Walmart, Inc.*<br>Defendant | Derek S. Davis<br>Derek.davis@cooperscully.com<br>Evan K. Scott<br>Clarissa.Price@cooperscully.com<br>**COOPER & SCULLY, P.C.**<br>900 Jackson Street, Suite 100<br>Dallas, Texas 75202<br>Telephone: 214-712-9500<br>Facsimile:  214-712-9540 |

| Party and Party Type | Attorney(s) |
|---|---|
| WIN-HOLT<br>Defendant | Carrie L. Garcia Sander<br>Carrie.garciasanders@meaderslaw.com<br>Eservice:  Efiling@meaderslaw.com<br>MEADERS & ALFARO<br>5400 Lyndon B Johnson Fwy, Suite 710<br>Dallas, Texas 75240<br>Telephone: 214-721-6210<br>Facsimile: 214-721-6289 |
| Cannon Equipment<br>Defendant | Barry L. Hardin<br>bhardin@wslawpc.com<br>Linda M. Haddad<br>lhaddad@wslawpc.com<br>WADDELL SERAFINO GEARY RECHNER JENEVEIN, P.C.<br>1717 Main Street, 25th Floor<br>Dallas, Texas 75201<br>Telephone: 214-979-7400<br>Facsimile:  214-979-7402 |
| National Cart Co.<br>Defendant | Susan Schwartz<br>Susan.schwartz@wilsonelser.com<br>WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP<br>901 Main Street, Suite 4800<br>Dallas, Texas 75202<br>Telephone: 214-698-8035<br>Facsimile: 214-698-1101 |

**3.**     **Jury Demand:**

Was a Jury Demand made in State Court?     Yes

If "*Yes,*" by which party and on what date?

Wal-Mart Stores Texas, LLC                               May 16, 2024
Party                                                                   Date

1073785v.1

**4.    Answer:**

Was an Answer made in State Court?        Yes

If "*Yes*," by which party and on what date?

| | |
|---|---|
| Defendant Wal-Mart Stores Texas, LLC | May 16, 2024 |
| Party | Date |
| Defendant Win-Holt | May 17, 2024 |
| Party | Date |
| Defendant Cannon Equipment | May 17, 2024 |
| Party | Date |

**5.    Unserved Parties:**

The following parties have not been served at the time this case was removed:

| Party | Reason(s) for No Service |
|---|---|
| National Cart Co. | Unknown |
| | |
| | |

**6.    Nonsuited, Dismissed or Terminated Parties:**

Please indicate any changes from the style on the State Court papers and the reason for that change:

| Party | Reason |
|---|---|
| | |

**7.    Claims of the Parties:**

The filing party submits the following summary of the remaining claims of each party in this litigation:

| Party | Claim(s) |
|---|---|
| Doris Buford<br>Plaintiff | Negligence, Gross Negligence |

1073785v.1