IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **DORIS BUFORD,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:24-cv-00474-O |
| | § | |
| **WALMART INC., ET AL.,** | § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the Court is the parties Second Alternative Dispute Resolution Summary (ECF No. 34) filed on October 15, 2024, by Paul McCullough. The notice informs the Court that the parties settled their dispute and expects to provide final dispositional documents "to the Court shortly". *Id.* at 1. Accordingly, the parties are **ORDERED** to file the appropriate settlement papers—a voluntary notice of dismissal under Federal Rule 41(a)(1)(A)(i), a joint stipulation of dismissal signed by all parties under Federal Rule 41(a)(1)(A)(ii), or an agreed motion with a corresponding proposed order under Federal Rule 41(a)(2)—**no later than December 16, 2024**. All existing deadlines are hereby **STAYED** pending the filing of appropriate settlement papers by the parties. If the parties do not file the appropriate settlement papers by the assigned date, or if further proceedings become necessary, the parties should immediately file a joint status report with the Court.

**SO ORDERED** this **16th** day of **October, 2024**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE