**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | |
|---|---|
| **DORIS BUFORD,** § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 4:24-cv-00474-O |
| § | |
| **WALMART INC., ET AL.,** § | |
| § | |
| Defendants. § | |

### ORDER

Before the Court is Plaintiff Doris Buford and Defendant Wal-Mart Stores Texas, LLC (incorrectly named Walmart Inc.), Win-Holt, Cannon Equipment and National Cart Co. (the "Parties"), Agreed Motion to Dismiss with Prejudice (ECF No. 36). The Court, having been fully advised in the premises, now finds that the Agreed Motion should be, and is hereby, **GRANTED.**

It is therefore **ORDERED, ADJUDGED, and DECREED** that the above-styled and numbered cause be, and the same hereby is, **DISMISSED with prejudice**.

All court costs shall be paid by the party incurring same.

All relief not expressly granted herein is denied.

**SO ORDERED** this **27th** day of **November, 2024**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE

1